IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51028
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TANISHA TEMPLETON,
also known as Juna Marie Mitchell,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-98-CR-ALL
--------------------
September 7, 2000

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Juges.

PER CURIAM:[*]

     Tanisha Templeton ("Templeton") appeals from her conviction
for possession of more than five grams of cocaine base in
violation of 21 U.S.C. § 844.  Her conviction was based on a
conditional plea, and Templeton now asserts that the district
court erred in denying her motion to suppress.  Because we
conclude that Templeton lacks standing to raise a Fourth
Amendment challenge to the seizure of evidence we affirm the
judgment of the district court.

_____

     [*] Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir.
R. 47.5.4.

Templeton argues that she maintained a reasonable expectation of privacy in a purse and duffle bag located within a motel room that was searched by police after obtaining consent to search from Templeton's sister. Templeton asserts on appeal that the container with the cocaine found inside the duffle bag should have been suppressed. A review of the evidence at the suppression hearing, however, shows that Templeton denied staying in the motel room where the duffle bag was located and claimed ownership of only the purse. Therefore, Templeton lacked a reasonable expectation of privacy in a search of the room or the duffle bag. See United States v. Boruff, 909 F.2d 111, 116 (5th Cir. 1990); United States v. Alvarez, 6 F.3d 287, 289 (5th Cir. 1993). Additionally, evidence other than that found in the purse connected Templeton to the cocaine seized by police.

AFFIRMED.